UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CRIM 565

- - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA            :
:
          v.                        :
:
CAMARA BROOKS,                      :       INDICTMENT
:
                    Defendant.      :       07 Cr.
:
- - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

_Judge Buchwald_

                    COUNT ONE

          The Grand Jury charges:

          On or about February 27, 2007, in the Southern District

of New York, CAMARA BROOKS, the defendant, after having been

previously convicted in a court of a crime punishable by

imprisonment for a term exceeding one year, to wit, a conviction

on or about September 15, 1999, for being a felon in possession

of a firearm, in violation of Title 18, United States Code,

Section 922(g)(1), in the United States District Court for the

Southern District of New York, unlawfully, willfully, and

knowingly did possess in and affecting interstate commerce, a

firearm, to wit, a loaded Smith & Wesson 9 mm handgun, which

previously had been shipped and transported in interstate

commerce.


          (Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CAMARA BROOKS,

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

6/21/07. Filed Indictment. Case assigned
to Judge Buchwald.

Eaton, J. U.S.M.J.