AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 07 CR 565

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Camara Brooks

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/16/2007 | *[signature]* |
| Date | Signature |
| | Jennifer Brown, Federal Defenders of NY |
| | Print Name / Bar Number |
| | 52 Duane Street |
| | Address |
| | New York      NY      10007 |
| | City      State      Zip Code |
| | (212) 417-8722      (212) 571-0392 |
| | Phone Number      Fax Number |