# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax. (212) 571-0392

Leonard F. Joy
*Executive Director*


MEMO ENDORSED

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

September 12, 2007

**BY FAX**
(212) 805-7929

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

Re:  **United States v. Camara Brooks**
     **07 Cr. 565 (NRB)**

Dear Judge Buchwald:

I write in the above captioned case to request an adjournment of the conference scheduled for September 17, 2007 at 3:00 p.m.

The Government and the defense are currently involved in plea negotiations. The parties expect that the matter will be resolved with a non-trial disposition. For this reason, the defense requests an additional two weeks for review between defense counsel and Mr. Brooks.

I ask that the conference be adjourned until October 3, 2007 at 3 p.m.

I have spoken to Assistant United States Attorney John Zach, and he does not object to this request.

Respectfully submitted,

*Jennifer Brown*

Jennifer L. Brown
Attorney for **Camara Brooks**
Tel.:(212) 417-8722

cc:  John Zach, Esq.
     Assistant United States Attorney

*Application is granted. Speedy Trial time excluded. 18 USC § 3161(h)(8)(A). So ordered.*

9/17/07

TOTAL P.002