# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

November 19, 2007

Southern District of New York
John J. Byrnes
Attorney-in-Charge

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Camara Brooks**
     **07 Cr. 565**

Dear Judge Buchwald:

I write on behalf of my client Camara Brooks, to respectfully request that the Court modify the bail conditions imposed by the Court on June 1st, 2007. At that time, Magistrate Judge Peck imposed the following conditions: a $200,000 personal recognizance bond co-signed by four financially responsible persons plus his fiancé and grandmother for moral suasion, strict pre-trial supervision with drug testing and treatment, surrender of travel documents and travel restricted to the Eastern and Southern Districts of New York, home detention with electronic monitoring, GPS monitoring if possible, and allowance out of the home for work (6:00 a.m. to 3:00 p.m.), court, attorney visits, and medical appointments.

I write to request that Mr. Brooks be allowed out of home detention to attend Thanksgiving dinner from 4:00 p.m. until 10:00 p.m. at his mother's cousin's home at 1015 Grand Concourse, Bronx, New York 10452. I have spoken with Assistant United States Attorney John Thomas Zach, Esq., on behalf of the Government, and he consents to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Jennifer L. Brown
Assistant Federal Defender
Tel.: (212) 417-8722

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD
United States District Judge    11/19/07

cc: John Thomas Zach, Esq., Assistant United States Attorney