# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director



Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 17, 2007

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: **United States v. Camara Brooks**
    07 Cr. 565 (NRB)

Dear Judge Buchwald:

    I write on behalf of my client Camara Brooks, to respectfully request that the Court modify the bail conditions imposed by the Court on June 1st, 2007. At that time, Magistrate Judge Peck imposed the following conditions: a $200,000 personal recognizance bond co-signed by four financially responsible persons plus his fiancé and grandmother for moral suasion, strict pre-trial supervision with drug testing and treatment, surrender of travel documents and travel restricted to the Eastern and Southern Districts of New York, home detention with electronic monitoring, GPS monitoring if possible, and allowance out of the home for work (6:00 a.m. to 3:00 p.m.), court, attorney visits, and medical appointments.

    Mr. Brooks' grandmother passed away on Wednesday, December 12, 2007. I write to request that his bail be modified to permit him to attend her funeral service and burial and to mourn with his family. The funeral will be held tomorrow, Tuesday, December 18, 2007, at the Grace Funeral Chapel at 607 North Conduit Boulevard, Bronx, New York, which can be reached by telephone at (718) 235-8088. The viewing and funeral service will be from 5:00 p.m. until 9:30 p.m.

    Additionally, I request that Mr. Brooks be allowed to attend his grandmother's burial on Wednesday, December 19, 2007 at the Cypress Hill Cemetery at 625 Jamaica Avenue, Brooklyn, New York at 9:00 a.m. I ask that Mr. Brooks be permitted to spend the rest of the day, until 8:00 p.m., with his family to mourn their loss.

Honorable Naomi Reice Buchwald  December 17, 2007
United States District Judge  Page 2

Re:  **United States v. Camara Brooks**
     **07 Cr. 565**

    I have spoken with Assistant United States Attorney John Thomas Zach, Esq., on behalf of the Government, as well as Mr. Brooks' Pretrial Services supervisor, Leo Barrios, and they both consent to this application.

    Thank you for your consideration of this matter.

                            Respectfully submitted,

                            Jennifer L. Brown
                            Assistant Federal Defender
                            Tel.: (212) 417-8722

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD
United States District Judge
December 17, 2007

cc:  John Thomas Zach, Esq., Assistant United States Attorney