# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 21, 2007

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Camara Brooks**
    **07 Cr. 565 (NRB)**

Dear Judge Buchwald:

I write on behalf of my client Camara Brooks, to respectfully request that the Court modify the bail conditions imposed by the Court on June 1st, 2007. At that time, Magistrate Judge Peck imposed the following conditions: a $200,000 personal recognizance bond co-signed by four financially responsible persons plus his fiancé and grandmother for moral suasion, strict pre-trial supervision with drug testing and treatment, surrender of travel documents and travel restricted to the Eastern and Southern Districts of New York, home detention with electronic monitoring, GPS monitoring if possible, and allowance out of the home for work (6:00 a.m. to 3:00 p.m.), court, attorney visits, and medical appointments.

I write to request that Mr. Brooks be granted permission to leave his house on Christmas Day from 3p.m. to 10:00 p.m. to spend the day with his family at his mother's house.

I have spoken with Assistant United States Attorney John Thomas Zach, Esq., on behalf of the Government, he consents to this modification.

Thank you for your consideration of this matter.

Respectfully submitted,

Jennifer L. Brown
Assistant Federal Defender
Tel.: (212) 417-8722

*Application granted. So Ordered. [signature] 12/21/07*

MICROFILMED DEC 26 2007 9 AM
Returned to chambers for scanning on 1.2.08
Scanned by chambers on 1/4/08